UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07
```

BRICKMAN INVESTMENTS INC, et al., on behalf of itself and all others similarly situated,

                Plaintiffs,
-against-

07 Civ. 03455 (RJH)

**ORDER**

ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR

                Defendants.

---

GERALD BILGER, individually and on behalf of all others similarly situated,

                Plaintiffs,
-against-

07 Civ. 03815 (RJH)

ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR

                Defendants.

---

ELIYAHU MOKHTAR, individually and on behalf of all others similarly situated,

                Plaintiffs,
-against-

07 Civ. 05456 (RJH)

ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR

                Defendants.

SHANNON VINSON, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

ALLOT COMMUNICATIONS LTD., YIGAL JACOBY, RAMI HADAR and ADI SAPIR

                Defendants.

07 Civ. 05457 (RJH)

The conference scheduled for Friday, September 7, 2007, at 10:30 a.m. in 07 Civ. 05456 and 07 Civ. 05457 is hereby adjourned sine die. The conference scheduled for Friday, September 14, 2007, at 10:30 a.m. in 07 Civ. 03815 is hereby adjourned sine die.

SO ORDERED.

Dated: New York, New York
       September 12, 2007

                                        Richard J. Holwell
                                      United States District Judge